UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14406-CIV-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN WATLEY,

    Defendant.

FILED by ___ D.C.
NOV 05 2009
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA. – MIAMI

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THE STATE OF Florida §

COUNTY OF Martin §

**BEFORE ME**, the undersigned authority, on this day personally appeared **RYAN N. WATLEY**, having knowledge of the matters hereinafter set forth, and after being duly sworn deposes and states under oath, as follows:

1. "My name is Ryan N. Watley. I am over the age of eighteen, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. The facts stated in this affidavit are within my personal knowledge and are true and correct.
2. "I did not sign any of the documents attached as Exhibits A, B, C, or D to Plaintiff's Motion for Summary Judgment."
3. "I did not receive any funds from the loans identified in Exhibits A, B, C, or D to Plaintiff's Motion for Summary Judgment."
4. "I did not have any of my tuition, fees, or other expenses for my benefit paid from any funds from the loans identified in Exhibits A, B, C, or D to Plaintiff's Motion for Summary Judgment."
5. "The signatures shown on the documents attached as Exhibits A, B, C, or D to Plaintiff's Motion for Summary Judgment are not my signatures."
6. "I was enrolled at Santa Fe Community College in the years 1996 through 1997."
7. "I was not enrolled at Santa Fe Community College in 1998 or any subsequent year."

                                          Ryan N. Watley, Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** by Ryan N. Watley, the undersigned authority, on this the 5 day of October, 2009.



STEPHANIE L. JONES
MY COMMISSION # DD 735454
EXPIRES: November 18, 2011
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC, STATE OF FL

Exhibit "A"

Date of Birth is December 22 1976

All promissory notes provided by the plaintiff state date of birth December 22 1975

